## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 11-cv-01349-REB-BNB

AMBER SWANSON,

     Plaintiff,

v.

APOLLO CREDIT AGENCY, INC., and
DOES 1-10, inclusive,

     Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

     The matter is before me on the **Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice <u>Pursuant To Rule 41(a)</u>** [#18][1] filed October 21, 2011.  After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice <u>Pursuant To Rule 41(a)</u>** [#18] filed October 21, 2011, is **APPROVED**;

     2. That the Trial Preparation Conference set for May 18, 2012, is **VACATED**;

     3. That the jury trial set to commence June 4, 2012, is **VACATED**;

---

[1] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4.  That any pending motion is **DENIED** as moot; and

5.  That this action is **DISMISSED WITH PREJUDICE**.

Dated October 21, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackbum
United States District Judge